| | |
|---|---|
| 1 | MICHAEL LICARI (BAR NO. 265241) |
| 2 | DANIEL P. HEILBRUN (BAR NO. 283860) |
| | **D'Egidio Licari & Townsend, APC** |
| 3 | Attorneys at Law |
| | 7801 Mission Center Court, Suite 240 |
| 4 | San Diego, CA  92108 |
| | Telephone:  (619) 550-3011 |
| 5 | Facsimile:  (619) 923-2092 |
| 6 | Attorneys for Plaintiff John Richuisa |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# SAN DIEGO DIVISION

| | |
|---|---|
| JOHN RICHUISA, an individual, | Case No.: 17-CV-0292-LAB-KSC |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| TRANSUNION , INC.; and DOES 1 through 10, inclusive, | |
| Defendants. | |

D'EGIDIO LICARI
TOWNSEND & SHAH,
APC
ATTORNEYS AT LAW
SAN DIEGO

**TO THE COURT:**

Plaintiff John Richuisa ("Plaintiff") and Defendant TransUnion, Inc. ("Defendant") respectfully submit this Notice of Settlement, and inform the Court as follows:

1. Plaintiff John Richuisa has reached an agreement with TransUnion to resolve the claims against the Defendant.
2. The parties are in the process of finalizing a confidential settlement agreement and intend to file a Notice of Dismissal within the next forty-five (45) days.
3. Accordingly, the parties will not need to proceed with the Early Neutral Evaluation scheduled for June 28, 2017.

Dated: June 20, 2017

By /s/ Daniel P. Heilbrun
Daniel Heilbrun
Attorney for Plaintiff John Richuisa

D'EGIDIO LICARI
TOWNSEND & SHAH,
APC
ATTORNEYS AT LAW
SAN DIEGO

2
**NOTICE OF SETTLEMENT**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2017, I electronically filed the foregoing with the Clear of Court using the CM/ECF system, which automatically sends an electronic notification to CM/ECF participants.

/s/ Daniel P. Heilbrun
Daniel P. Heilbrun

D'Egidio Licari
Townsend & Shah,
APC
Attorneys At Law
San Diego

3

NOTICE OF SETTLEMENT